New    Reply        Delete    Archive    Move to      Categories

Search email

**Folders**

**Inbox  8**

**Junk  1**

Drafts  29

Sent

Deleted

scanner

New folder

(No Subject)                                 Credit of $300 -
                                             $6,000!

  Abraham -Tosik Portnov              Actions
                      ~~cmccr@wawd.uscourts.gov~~



Hello. My name is Portnov Abraham. I am Canadian, live in Vancouver, BC. My wife and I were discriminated by Carnival Corp. staff(US company, located in Miami, FL). It was at Buenos Aires Port Terminal on March, 2013. May I launch suit case in Seattle Federal Court?

Apply for a Capital One® card. You may be eligible for credit between $300 and

~~I have tried to find an attorney in Florida, in Seattle, and in Vancouver BC, but no one wanted~~. I almost prepared forms of Civil Court Sheet and Declaration And Application to proceed in forma Pauperis and written consent for payment of costs. May I send them electronically without an attorney and not to be registered? May I apply for attorney to get some help if I am "Pro Se"?

My E-mail: aportnov@hotmail.com    Ph.: 604-229-1475. Thanks. Abraham Portnov.

Messaging



View all

From: aportnov@hotmail.com
To: cmecf@wawd.uscourts.gov
Subject:
Date: Thu, 24 Oct 2013 16:43:18 -0700


Hello. My name is Portnov Abraham. I am Canadian, live in Vancouver, BC. My wife and I were discriminated by Carnival Corp. staff(US company, located in Miami, FL). It was at Buenos Aires Port Terminal on March, 2013. May I launch suit case in Seattle Federal Court? I have tried to find an attorney in Florida, in Seattle, and in Vancouver BC, but no one wanted. I almost prepared forms of Civil Court Sheet and Declaration And Application to proceed in forma Pauperis and written consent for payment of costs. May I send them electronically without an attorney and not to be registered? May I apply for attorney to get some help if I am "Pro Se"?
My E-mail: aportnov@hotmail.com    Ph.: 604-229-1475.
Thanks. Abraham Portnov.

\>
\>
\> Abraham -Tosik Portnov
\> to:
\> newcases.seattle@wawd.uscourts.gov
\> 11/18/2013 11:50 AM
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\> Hello. My name is Abraham Portnov. I sent by mail my document to Clerk's
\> office about 2 weeks ago. I have not get conformation by E-mail. Have you
\> received them? Please, let me know about my next step. Thank you. Abraham
\> Portnov.

New    Reply    Delete    Archive    Move to    Categories  Abrials

Search email

(No Subject)

Folders

Inbox  8

Junk  1

Drafts  29

Sent

Deleted

scanner

New folder



6 attachments (total 3.0 ME   Outlo



Download      Download

Download all as zip

Mr. Portnov,

The documents you sent are jpgs. Yo
your documents in a pdf
format. Also, please combine each do
pdf; not separate
pages. For instance, the complaint ne
one document and
not as individual pages.

Once corrected, please email them again and we will
assign your case a case
number and judge.

Please call our Help Desk if you have any questions:
866-323-9293.

Thank you.

Paula McNabb
Deputy Clerk

Messaging



View all

| New | Reply | Delete | Archive | Move to | Categories |

Search email

## Folders

Inbox  8

Junk  1

Drafts  29

Sent

Deleted

scanner

New folder

Emailing Application to Proc... Forma Pauperis-non prisone...

**Abraham -Tosik Portnov**
To: galina.sapozhnikov@schwab...

1 attachment (138.0 KB)    Outlook.com Active View

Application to Proc...

View online

Download as zip

1 attachment (141.6 KB)    Outlook.com Active View

Application to Proc...

View online

Download as zip

## Messaging

View all

New    Reply       Delete    Archive    Move to      Categ**Abrias**

Search Sent                    Emailing: Claim                 Cr**MSN** t**vide**os

## Folders

**Inbox** 8

   Abraham -Tosik Portnov

**Junk** 1

Drafts  29

Sent

Deleted                        ▶Play slideshow  💾Want to save all these

scanner

New folder

Hello. I am sending the Statement 2nd
date and number of registration. I left y
several days ago about forms and fee.
pay fee if the common (my wife's and n
Canada is about $2100/m? Please send
Abraham Portnov.





## Messaging

Get Windows Live Mail to create your own photo e-mails



View all

New    Reply         Delete    Archive    Move to    Categories

Search email

Folders

Inbox  8

Junk  1

Drafts  29

Sent

Deleted

scanner

New folder

(No Subject)

Credit of $300 - $6,000!

To:

1 attachment (12.7 KB)    Outlook.com

Apply for a Capital One® card. You may be eligible for credit between $300 and $6,000!

View online

Download as zip

Mr. Portnov,

Attached is a copy of the docket report for your case:
(See attached file:
13-cv-2045 RSM.pdf)

The next step is waiting for a ruling on your Motion for Leave to Proceed
in forma pauperis. When a decision is reached, you will receive a copy of
the order in the mail.

Sincerely,
Paula McNabb

Messaging



View all

## Sapozhnikov, Galina

| | |
|---|---|
| **From:** | Galina Sapozhnikov <galinasapo@gmail.com> |
| **Sent:** | Monday, October 27, 2014 2:49 PM |
| **To:** | Sapozhnikov, Galina |
| **Subject:** | Fwd: FW: |
| **Attachments:** | 13-cv-2045 RSM.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Abraham -Tosik Portnov <aportnov@hotmail.com>
> **Date:** October 12, 2014 at 8:56:09 PM PDT
> **To:** Galochka Sapo <galinasapo@gmail.com>
> **Subject: FW:**

> From: Donna_Jackson@wawd.uscourts.gov
> Subject: Re:
> To: aportnov@hotmail.com
> Date: Mon, 18 Nov 2013 12:22:42 -0800
>
> Mr. Portnov,
>
> We received your case on 11/12/2013 and assigned it the following case
> number: 13-cv-2045 RSM. Your judge is Ricardo S. Martinez.
>
> Attached is a copy of the docket report for your case: (See attached file:
> 13-cv-2045 RSM.pdf)
>
> The next step is waiting for a ruling on your Motion for Leave to Proceed
> in forma pauperis. When a decision is reached, you will receive a copy of
> the order in the mail.
>
> Sincerely,
> Paula McNabb
>
>
>
>
>
>
>
>

1

U.S. District Court
United States District Court for the Western District of Washington (Seattle)
CIVIL DOCKET FOR CASE #: 2:13-cv-02045-RSM

| | |
|---|---|
| Portnov v. Carnival Corporation<br>Assigned to: Judge Ricardo S Martinez<br>Cause: 42:1983 Civil Rights Act | Date Filed: 11/12/2013<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| Abraham Portnov | represented by | **Abraham Portnov**<br>#903-1475 Esquimalt Ave<br>W. Vancouver<br>BC V7T1L2<br>Canada<br>PRO SE |

V.

**Defendant**

Carnival Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2013 | 1 | MOTION for Leave to Proceed in forma pauperis before Judge Theiler, filed by Abraham Portnov. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet, # 3 Application for Court Appointed Counsel)(DJ) (Entered: 11/14/2013) |

New    Reply    Delete    Archive    Move to    Categories

Search email

(No Subject)    Update videos

**Folders**

**Inbox** 8

**Junk** 1

Drafts  29

Sent

Deleted

scanner

New folder

Abraham -

Hello,

I am asking you
my documentations sinc
forma pauperis, letter-p
statement documents di

Please send me by regu
(you sent to me on Jan 2

Thank you,
Sincerely, Abraham Portnov.

Messaging

View all

© 2014 Microsoft    Terms    Privacy & cookies    Deve

To Northern District of California Federal Court.

May 27, 2014

Attached to the letter:
1. Civil cover sheet
2. Application to proceed in forma pauperis
3. Complaint

The second two I have sent to San Jose District court twice.
After I have sent first time someone from court confirm me by telephone that court received it and I will get answer after judge decision.
Then I mailed the same second time on March11, 2014, but your office sent me it back as it is not registration number (?) and as I did not send a Complaint.
Now I attached 3 documents and ask the Court registration my case and inform me, please, No and date of registration. (Forgot about my sending before!).

Sincerely, Abraham Portnov.

#903-1475 Esquimalt Ave, West Vancouver, V7T1L2, Canada
aportnov@hotmail.com
604-229-1475