Abraham Portnov

903-1475 Esquimqlt Ave

West Vancouver, BC  V7T1L2 Canada

604-229-1475                                              Case 5:14-cv-02887-PSG

aportnov@hotmail.com



Abraham Portnov

   Plaintiff

Vs.

Carnival Corp.

   Defendant                                                                December 2, 2014

After comparing the sum of compensation in my case with sums in other cases, which were less stressful; and also considering the methods of Carnival defense in my and other cases, I am asking the court, without making any changes in the " Statement of Claim" in my Complaint, To increase the sum of compensation.

Change only in "Relief":

"2. Demand the Carnival Corp. to pay me $670.000 in compensation for discrimination and getting severe stress with the consequences."

"1. Demand from the Carnival Corp. a written apology" could (or not) be delayed since I have gotten a written apology in the Carnival letter.

Abraham Portnov.